**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7027

CLIFTON DONELL LYLES,

Plaintiff - Appellant,

v.

MEDICAL DIRECTOR JOHN B. MCREE; NURSE LAPOINTE; WARDEN SHARPE; ASSOCIATE WARDEN CHUALA; ASSOCIATE WARDEN BRIGHTHARP,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge.  (4:22-cv-01398-SAL)

Submitted:  June 28, 2024                          Decided:  July 17, 2024

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clifton Donell Lyles, Appellant Pro Se.  Rachel Elizabeth Lee, Daniel C. Plyler, SMITH ROBINSON HOLLER DUBOSE & MORGAN, LLC, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton Donell Lyles appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Lyles' 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Lyles v. McRee*, No. 4:22-cv-01398-SAL (D.S.C. Sept. 28, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*